In the Matter of the Arbitration Between BENJAMIN SHAPIRO, Doing Business as AABORN COMPANY, Appellant, and FEDERAL CONSTRUCTION CORPORATION, Respondent.

Argued April 11, 1944; decided May 18, 1944.

*Harry Becker* for appellant.

*Louis Freedman* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND and THACHER, JJ. Taking no part: RIPPEY, J.